

**MILES & STOCKBRIDGE** P.C.

D. Margeaux Thomas
703-610-8676
mthomas@milesstockbridge.com

June 19, 2013

RECEIVED

2013 JUN 19 P 2:00

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

**Via Hand Delivery**

Clerk of the Court, United States District Court
for the Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314-5704

Re:   Murata Manufacturing, Co., LTD. v. Teresa Stanek REA, in Her Official Capacity as Acting Under Secretary of Commerce for Intellectual Property and Acting Director of the United States Patent and Trademark Office

United States District Court for the Eastern District of Virginia (Alexandria Division)

Dear Clerk:

Regarding the above-named matter, enclosed please find the following:

- Original and four (4) copies of a Complaint;
- Original and four (4) copies of a Civil Cover Sheet;

Please cause these documents to be filed with the Court. Enclosed is our check in the sum of $400 representing the Court's filing fee.

Also enclosed are four (4) Summonses. Please cause the Summonses to be issued. We will be serving the Summonses to the US Attorney General, Teresa Stanek, and the United States Patent and Trademark Office by registered or certified mail. We will be serving the Summons to the United States by private process.

Please provide copies of the filed date-stamped documents, as well as the documents to be served on the defendants.

Thank you in advance for providing these documents to the waiting courier.

If there are any questions regarding this request, please give me a call.

Very truly yours,

D. Margeaux Thomas

DMT:ss
Enclosures

Client Documents 4846-3999-8484v1|T9061-000000|6/18/2013

1751 PINNACLE DRIVE, SUITE 500 | TYSONS CORNER, VA 22102-3833 | 703.903.9000 | milesstockbridge.com

BALTIMORE, MD • CAMBRIDGE, MD • EASTON, MD • FREDERICK, MD • ROCKVILLE, MD • TOWSON, MD • WASHINGTON, D.C.